UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 22-16349 |
|---|---|---|
| SHARON L. WILSON | Chapter: | 13 |
| Debtor | Judge: | ABA |

## NOTICE OF PROPOSED PRIVATE SALE

Sharon L. Wilson, Debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: US Bankruptcy Court,
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenberg, Jr. on June 6, 2023 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 4 Fairmount Drive, Willingboro, New Jersey

Proposed Purchaser: Angel and Maritza Rios

Sale price: $275,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Ranjeet Kaur | Diana Nieves-Herrera | Richard S. Hoffman, Jr., Esq. |
|---|---|---|---|
| Amount to be paid: | $7,074.00 | $6,875.00 | $1,500.00 |
| Services rendered: | Seller's Agent | Buyer's Agent | Seller's Attorney |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Richard S. Hoffman, Jr., Esq.

Address: 412 Swedesboro Road, Mullica Hill, New Jersey 08062

Telephone No.: 856-694-3939

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 22-16349-ABA

Sharon Lynn Wilson                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                         User: admin                                        Page 1 of 3

Date Rcvd: May 09, 2023                            Form ID: pdf905                             Total Noticed: 52

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#                  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| 519679462 | | Comenity - J. Jill, PO Box 650965, Dallas, TX 75265-0965 |
| 519679465 | | DSRM National Bank, 7201 Canyon Dr., Amarillo, TX 79110-4339 |
| 519679470 | | Fortiva Credit Card, PO Box 1055555, Atlanta, GA 30348 |
| 519679472 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679476 | + | Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3357 |
| 519679478 | | Lincoln Heritage Life Insurance Company, PO Box29045, Phoenix, AZ 85038-9045 |
| 519679487 | | Revco Solutions, Inc., PO Box 2589, Columbus, OH 43216-2589 |
| 519679489 | + | SBS - Central Billing Office, PO Box 4008, Lancaster, PA 17604-4008 |
| 519679488 | | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519679490 | + | Slomin's Inc, 28 Kennedy Blvd, East Brunswick, NJ 08816-1255 |
| 519734429 | + | Slomin's, Inc., c/o Kirschenbaum & Kirschenbaum, PC, 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3338 |
| 519679491 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519679495 | + | Travelers, PO Box 660307, Dallas, TX 75266-0307 |
| 519679497 | + | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519679499 | | Virtua Health System, 330 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |
| 519679500 | # | Windham Professionals, Inc., 384 Main St, Salem, NH 03079-2412 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519679457 | ^ | MEBN | May 09 2023 20:33:46 | Apex Asset Mgmt, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 519679458 | ^ | MEBN | May 09 2023 20:34:13 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519679486 | | Email/Text: cfcbackoffice@contfinco.com | May 09 2023 20:38:00 | Reflex, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679496 | | Email/Text: cfcbackoffice@contfinco.com | May 09 2023 20:38:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679461 | | Email/Text: cfcbackoffice@contfinco.com | May 09 2023 20:38:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808 |
| 519679459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2023 20:52:32 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-16349-ABA    Doc 34    Filed 05/11/23    Entered 05/12/23 00:15:07    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 09, 2023 | Form ID: pdf905 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 519734673 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 09 2023 20:52:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519679463 | ^ | MEBN | May 09 2023 20:33:40 | Comenity - Ultamate Rewards, PO Box 650964, Dallas, TX 75265-0964 |
| 519679464 | | Email/PDF: creditonebknotifications@resurgent.com | May 09 2023 20:51:53 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519679465 | ^ | MEBN | May 09 2023 20:34:23 | DSRM National Bank, 7201 Canyon Dr., Amarillo, TX 79110-4339 |
| 519679460 | | Email/Text: BNSFN@capitalsvcs.com | May 09 2023 20:37:00 | CCS/First National Bank, 500 E. 60th St N, Sioux Falls, SD 57104 |
| 519679469 | | Email/Text: BNSFS@capitalsvcs.com | May 09 2023 20:37:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 519679466 | | Email/Text: bnc-bluestem@quantum3group.com | May 09 2023 20:38:00 | Fingerhut Advantage, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519679467 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 09 2023 20:52:29 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679471 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 09 2023 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519679475 | | Email/PDF: gecsedi@recoverycorp.com | May 09 2023 20:52:27 | JTV Preferred Acct/SyncB, PO Box 960061, Orlando, FL 32896-0061 |
| 519679477 | | Email/Text: PBNCNotifications@peritusservices.com | May 09 2023 20:37:00 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 519691678 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2023 20:52:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519704242 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 09 2023 20:35:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519679479 | | Email/Text: Mercury@ebn.phinsolutions.com | May 09 2023 20:37:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 519679480 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 09 2023 20:35:33 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519703888 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2023 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519679482 | ^ | MEBN | May 09 2023 20:34:06 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519679483 | | Email/Text: bankruptcy@oportun.com | May 09 2023 20:37:00 | Oportun, PO Box 561240, The Colony, TX 75056-9998 |
| 519679484 | | Email/Text: Bankruptcy.Notices@pnc.com | May 09 2023 20:37:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342 |
| 519734405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2023 20:52:25 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519679485 | ^ | MEBN | May 09 2023 20:33:53 | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519702633 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2023 20:38:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519752757 | | Email/Text: bnc-quantum@quantum3group.com | May 09 2023 20:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519753678 | | Email/Text: bnc-quantum@quantum3group.com | May 09 2023 20:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | Bypass | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| 519679491 | | ^ MEBN | May 09 2023 20:34:10 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519679492 | | Email/PDF: gecsedi@recoverycorp.com | May 09 2023 20:52:25 | SyncB/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 519679493 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2023 20:51:52 | SyncB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519680264 | + | Email/PDF: gecsedi@recoverycorp.com | May 09 2023 20:52:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679494 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 09 2023 20:37:00 | TBOM/ATLS/Aspire, 5 Concourse Pkwy, Ste 400, Atlanta, GA 30328-9114 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519679468 | * | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679473 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679474 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679481 | * | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519679498 | *+ | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4