Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16349−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon Lynn Wilson
   aka Sharon Lynn Wilson
   37 Rowland Street
   Palmyra, NJ 08065

Social Security No.:
   xxx−xx−9075

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

4 Fairmount Drive, Willingboro, New Jersey


Dated: May 31, 2023
JAN: lgr

                                                               Jeanne Naughton
                                                               Clerk