Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  22−16349−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon Lynn Wilson
   aka Sharon Lynn Wilson
   37 Rowland Street
   Palmyra, NJ 08065

Social Security No.:
   xxx−xx−9075

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/9/23.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 9, 2023
JAN: kvr

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 22-16349-ABA

Sharon Lynn Wilson   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                         User: admin                                              Page 1 of 3
Date Rcvd: Aug 09, 2023                                      Form ID: 148                                             Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| r  |    | Ranjeet Kaur, Weicher Realtors - Burlington, Burlington-Mt. Holly Rd., Burlington, NJ 08016 |
| 519679462 |   | Comenity - J. Jill, PO Box 650965, Dallas, TX 75265-0965 |
| 519679470 |   | Fortiva Credit Card, PO Box 1055555, Atlanta, GA 30348 |
| 519679472 |   | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679476 | + | Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3357 |
| 519679478 |   | Lincoln Heritage Life Insurance Company, PO Box29045, Phoenix, AZ 85038-9045 |
| 519679487 |   | Revco Solutions, Inc., PO Box 2589, Columbus, OH 43216-2589 |
| 519679489 | + | SBS - Central Billing Office, PO Box 4008, Lancaster, PA 17604-4008 |
| 519679488 |   | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519679490 | + | Slomin's Inc, 28 Kennedy Blvd, East Brunswick, NJ 08816-1255 |
| 519734429 | + | Slomin's, Inc., c/o Kirschenbaum & Kirschenbaum, PC, 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3338 |
| 519679495 | + | Travelers, PO Box 660307, Dallas, TX 75266-0307 |
| 519679497 | + | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519679499 |   | Virtua Health System, 330 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |
| 519679500 | # | Windham Professionals, Inc., 384 Main St, Salem, NH 03079-2412 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519679457 | ^ | MEBN | Aug 09 2023 20:24:19 | Apex Asset Mgmt, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 519679458 |   | Email/Text: bk@avant.com | Aug 09 2023 20:31:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519679486 |   | Email/Text: cfcbackoffice@contfinco.com | Aug 09 2023 20:30:00 | Reflex, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679496 |   | Email/Text: cfcbackoffice@contfinco.com | Aug 09 2023 20:30:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679461 |   | Email/Text: cfcbackoffice@contfinco.com | Aug 09 2023 20:30:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808 |
| 519679459 | + | EDI: CAPITALONE.COM | Aug 10 2023 00:15:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519734673 |   | EDI: CITICORP.COM | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 10 2023 00:15:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519679463 | ^ MEBN | | |
| | | Aug 09 2023 20:23:37 | Comenity - Ultamate Rewards, PO Box 650964, Dallas, TX 75265-0964 |
| 519679464 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Aug 09 2023 20:33:53 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519679465 | ^ MEBN | | |
| | | Aug 09 2023 20:25:18 | DSRM National Bank, 7201 Canyon Dr., Amarillo, TX 79110-4339 |
| 519679460 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Aug 09 2023 20:29:00 | CCS/First National Bank, 500 E. 60th St N, Sioux Falls, SD 57104 |
| 519679469 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Aug 09 2023 20:29:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 519679466 | EDI: BLUESTEM | | |
| | | Aug 10 2023 00:15:00 | Fingerhut Advantage, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519679467 | EDI: AMINFOFP.COM | | |
| | | Aug 10 2023 00:15:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679471 | EDI: IRS.COM | | |
| | | Aug 10 2023 00:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519679475 | EDI: RMSC.COM | | |
| | | Aug 10 2023 00:15:00 | JTV Preferred Acct/SyncB, PO Box 960061, Orlando, FL 32896-0061 |
| 519679477 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Aug 09 2023 20:29:00 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 519691678 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 09 2023 20:33:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519704242 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Aug 09 2023 20:33:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519679479 | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Aug 09 2023 20:29:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 519679480 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Aug 09 2023 20:33:58 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519703888 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Aug 09 2023 20:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519679482 | ^ MEBN | | |
| | | Aug 09 2023 20:25:07 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519679483 | Email/Text: bankruptcy@oportun.com | | |
| | | Aug 09 2023 20:29:00 | Oportun, PO Box 561240, The Colony, TX 75056-9998 |
| 519679484 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Aug 09 2023 20:29:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342 |
| 519734405 | EDI: PRA.COM | | |
| | | Aug 10 2023 00:15:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519679485 | ^ MEBN | | |
| | | Aug 09 2023 20:24:25 | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519702633 | + EDI: JEFFERSONCAP.COM | | |
| | | Aug 10 2023 00:15:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519752757 | EDI: Q3G.COM | | |
| | | Aug 10 2023 00:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519753678 | EDI: Q3G.COM | | |
| | | Aug 10 2023 00:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519679491 | ^ MEBN | | |

Case 22-16349-ABA    Doc 45    Filed 08/11/23    Entered 08/12/23 00:16:21    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: 148 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 09 2023 20:25:08 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519679492 | | EDI: RMSC.COM | Aug 10 2023 00:15:00 | SyncB/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 519679493 | + | EDI: RMSC.COM | Aug 10 2023 00:15:00 | SyncB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519680264 | + | EDI: RMSC.COM | Aug 10 2023 00:15:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679494 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 09 2023 20:29:00 | TBOM/ATLS/Aspire, 5 Concourse Pkwy, Ste 400, Atlanta, GA 30328-9114 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519679468 | * | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679473 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679474 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679481 | * | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519679498 | *+ | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4