Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16349−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon Lynn Wilson
   aka Sharon Lynn Wilson
   37 Rowland Street
   Palmyra, NJ 08065

Social Security No.:
   xxx−xx−9075

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

   Notice is hereby given that an order vacating dismissal of this case was entered on 9/26/23. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: September 27, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sharon Lynn Wilson  
    Debtor

Case No. 22-16349-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 27, 2023      Form ID: ntcrics      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| r | | Ranjeet Kaur, Weicher Realtors - Burlington, Burlington-Mt. Holly Rd., Burlington, NJ 08016 |
| 519679462 | | Comenity - J. Jill, PO Box 650965, Dallas, TX 75265-0965 |
| 519679470 | | Fortiva Credit Card, PO Box 1055555, Atlanta, GA 30348 |
| 519679472 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679476 | + | Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3357 |
| 519679478 | | Lincoln Heritage Life Insurance Company, PO Box29045, Phoenix, AZ 85038-9045 |
| 519679487 | | Revco Solutions, Inc., PO Box 2589, Columbus, OH 43216-2589 |
| 519679489 | + | SBS - Central Billing Office, PO Box 4008, Lancaster, PA 17604-4008 |
| 519679488 | | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519679490 | + | Slomin's Inc, 28 Kennedy Blvd, East Brunswick, NJ 08816-1255 |
| 519734429 | + | Slomin's, Inc., c/o Kirschenbaum & Kirschenbaum, PC, 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3338 |
| 519679495 | + | Travelers, PO Box 660307, Dallas, TX 75266-0307 |
| 519679497 | + | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519679499 | | Virtua Health System, 330 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |
| 519679500 | # | Windham Professionals, Inc., 384 Main St, Salem, NH 03079-2412 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519679457 | ^ | MEBN | Sep 27 2023 20:47:49 | Apex Asset Mgmt, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 519679458 | | Email/Text: bk@avant.com | Sep 27 2023 20:59:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519679486 | | Email/Text: cfcbackoffice@contfinco.com | Sep 27 2023 20:58:00 | Reflex, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679496 | | Email/Text: cfcbackoffice@contfinco.com | Sep 27 2023 20:58:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679461 | | Email/Text: cfcbackoffice@contfinco.com | Sep 27 2023 20:58:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808 |
| 519679459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 21:03:02 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519734673 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| | | Sep 27 2023 21:03:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519679463 | ^ MEBN | | |
| | | Sep 27 2023 20:47:25 | Comenity - Ultamate Rewards, PO Box 650964, Dallas, TX 75265-0964 |
| 519679464 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Sep 27 2023 21:03:02 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519679465 | ^ MEBN | | |
| | | Sep 27 2023 20:48:37 | DSRM National Bank, 7201 Canyon Dr., Amarillo, TX 79110-4339 |
| 519679460 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Sep 27 2023 20:58:00 | CCS/First National Bank, 500 E. 60th St N, Sioux Falls, SD 57104 |
| 519679469 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Sep 27 2023 20:58:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 519679466 | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Sep 27 2023 20:59:00 | Fingerhut Advantage, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519679467 | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Sep 27 2023 21:14:15 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679471 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Sep 27 2023 20:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519679475 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 27 2023 21:03:19 | JTV Preferred Acct/SyncB, PO Box 960061, Orlando, FL 32896-0061 |
| 519679477 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Sep 27 2023 20:58:00 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 519691678 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Sep 27 2023 21:03:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519704242 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 27 2023 21:03:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519679479 | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Sep 27 2023 20:58:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 519679480 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 27 2023 21:03:04 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519703888 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Sep 27 2023 20:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519679482 | ^ MEBN | | |
| | | Sep 27 2023 20:48:14 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519679483 | Email/Text: bankruptcy@oportun.com | | |
| | | Sep 27 2023 20:58:00 | Oportun, PO Box 561240, The Colony, TX 75056-9998 |
| 519679484 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Sep 27 2023 20:58:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342 |
| 519734405 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 27 2023 21:03:44 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519679485 | ^ MEBN | | |
| | | Sep 27 2023 20:47:55 | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519702633 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Sep 27 2023 20:59:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519752757 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 27 2023 20:59:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519753678 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 27 2023 20:59:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519679491 | ^ MEBN | | |

Case 22-16349-ABA    Doc 50    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: ntcrics | Total Noticed: 53 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Sep 27 2023 20:48:19 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519679492 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 21:03:00 | SyncB/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 519679493 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 21:14:37 | SyncB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519680264 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 21:03:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679494 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 27 2023 20:58:00 | TBOM/ATLS/Aspire, 5 Concourse Pkwy, Ste 400, Atlanta, GA 30328-9114 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519679468 | * | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679473 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679474 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679481 | * | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519679498 | *+ | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4