| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>RICHARD S. HOFFMAN, JR. (#RH-9353)<br>HOFFMAN DiMUZIO<br>A Partnership of Professional Corporations<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 803-5800<br>Attorneys for Debtors | Order Filed on November 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHARON L. WILSON<br><br>Debtor | Case No.: 22-16349<br>Chapter: 13<br>Judge: ABA |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 6, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of ___Richard S. Hoffman, Jr., Esq.___ for the reduction of time for a hearing on __Motion for Permission to Sell Property of the Estate Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. §1303 and §363__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __November 21, 2023__ at __10 am__ in the United States Bankruptcy Court, __400 Cooper Street, Fourth Floor, Camden, NJ 08101__, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Trustee and All Secured Creditors__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __All Other Affected Parties__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Trustee and All Secured Creditors__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____4____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*