# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**  
*\*Certified Bankruptcy Assistant*

November 7, 2023

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy  
      Debtor(s) Name:    Sharon L. Wilson  
      Case No:    22-16349   ABA  
      Hearing Date:    December 14, 2023 at 2:00 PM

Dear Judge Altenburg:

    Please accept this letter as a limited objection to Richard S. Hoffman, Jr., Esquire Date Motion/Application for fees in the above referenced matter.

    This case was filed on August 11, 2023. The Rules in effect at that time permitted a debtor's attorney to be paid a flat fee in a Chapter 13 case. D.N.J. LBR 2016-5. Thereafter, supplemental funds could be requested by motion accompanied by a Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee. The amended rule allowing hourly billing in a Chapter 13 case took effect on August 1, 2018. The 2018 comments to the amended rule state that:

> For cases filed or converted to Chapter 13 <u>on or after the effective date of this Rule</u>, the Court will no longer  
> accept Local Forms, *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee* and *Order Granting Supplemental Chapter 13 Fees*. (underscored emphasis added)

    The Trustee respectfully requests Debtor's counsel file an Amended Certification of Debtor's Counsel Supporting Chapter 13 Fee as well as a revised form of Order to conform with D.N.J. LBR 2016-5.

    Should you have any questions regarding this matter, please do not hesitate to contact me.

        Respectfully submitted,

        ***OFFICE OF THE CHAPTER 13***  
        ***STANDING TRUSTEE***

        */s/ Andrew B. Finberg*

        **Andrew B. Finberg,**  
        Chapter 13 Standing Trustee

ABF:lka

c:    Richard S. Hoffman, Jr., Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)  
      Sharon L. Wilson   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

P.O. Box 1978  
Memphis, TN 38101-1978