Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16349−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sharon Lynn Wilson
aka Sharon Lynn Wilson
37 Rowland Street
Palmyra, NJ 08065

Social Security No.:
xxx−xx−9075

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:  12/14/23
Time:  02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Richard S. Hoffman Jr., Debtor's Attorney, period: 2/3/2023 to 12/1/2023.

COMMISSION OR FEES
fee: $2,800.00.

EXPENSES
$398.40.

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 6, 2023
JAN: as

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-16349-ABA
Sharon Lynn Wilson                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                       Page 1 of 4
Date Rcvd: Nov 06, 2023                Form ID: 137                                    Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| r | | Ranjeet Kaur, Weicher Realtors - Burlington, Burlington-Mt. Holly Rd., Burlington, NJ 08016 |
| 519679462 | | Comenity - J. Jill, PO Box 650965, Dallas, TX 75265-0965 |
| 519679470 | | Fortiva Credit Card, PO Box 1055555, Atlanta, GA 30348 |
| 519679472 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679476 | + | Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3357 |
| 519679478 | | Lincoln Heritage Life Insurance Company, PO Box29045, Phoenix, AZ 85038-9045 |
| 519679487 | | Revco Solutions, Inc., PO Box 2589, Columbus, OH 43216-2589 |
| 519679489 | + | SBS - Central Billing Office, PO Box 4008, Lancaster, PA 17604-4008 |
| 519679488 | | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519679490 | + | Slomin's Inc, 28 Kennedy Blvd, East Brunswick, NJ 08816-1255 |
| 519734429 | + | Slomin's, Inc., c/o Kirschenbaum & Kirschenbaum, PC, 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3338 |
| 519679495 | + | Travelers, PO Box 660307, Dallas, TX 75266-0307 |
| 519679497 | + | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519679499 | | Virtua Health System, 330 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |
| 519679500 | # | Windham Professionals, Inc., 384 Main St, Salem, NH 03079-2412 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519679457 | ^ | MEBN | Nov 06 2023 20:49:22 | Apex Asset Mgmt, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 519679458 | | Email/Text: bk@avant.com | Nov 06 2023 21:03:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519679486 | | Email/Text: cfcbackoffice@contfinco.com | Nov 06 2023 21:01:00 | Reflex, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679496 | | Email/Text: cfcbackoffice@contfinco.com | Nov 06 2023 21:01:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679461 | | Email/Text: cfcbackoffice@contfinco.com | Nov 06 2023 21:01:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808 |
| 519679459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2023 21:10:28 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519734673 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 06 2023 21:10:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519679463 | ^ | MEBN | | |
| | | | Nov 06 2023 20:49:02 | Comenity - Ultamate Rewards, PO Box 650964, Dallas, TX 75265-0964 |
| 519679464 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Nov 06 2023 20:58:08 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519679465 | ^ | MEBN | | |
| | | | Nov 06 2023 20:50:29 | DSRM National Bank, 7201 Canyon Dr., Amarillo, TX 79110-4339 |
| 519679460 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Nov 06 2023 21:01:00 | CCS/First National Bank, 500 E. 60th St N, Sioux Falls, SD 57104 |
| 519679469 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Nov 06 2023 21:01:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 519679466 | | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Nov 06 2023 21:03:00 | Fingerhut Advantage, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519679467 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Nov 06 2023 21:10:25 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679471 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 06 2023 21:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519679475 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 06 2023 21:20:47 | JTV Preferred Acct/SyncB, PO Box 960061, Orlando, FL 32896-0061 |
| 519679477 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 06 2023 21:01:00 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 519691678 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 06 2023 21:10:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519704242 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Nov 06 2023 20:59:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519679479 | | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Nov 06 2023 21:01:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 519679480 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Nov 06 2023 20:58:06 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519703888 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 06 2023 21:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519679482 | ^ | MEBN | | |
| | | | Nov 06 2023 20:48:50 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519679483 | | Email/Text: bankruptcy@oportun.com | | |
| | | | Nov 06 2023 21:01:00 | Oportun, PO Box 561240, The Colony, TX 75056-9998 |
| 519679484 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 06 2023 21:01:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342 |
| 519734405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 06 2023 20:59:04 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519679485 | ^ | MEBN | | |
| | | | Nov 06 2023 20:49:25 | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519702633 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Nov 06 2023 21:02:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519752757 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 06 2023 21:02:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519753678 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 06 2023 21:02:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519679491 | ^ | MEBN | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Nov 06 2023 20:48:44 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519679492 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2023 20:58:56 | SyncB/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 519679493 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2023 21:10:32 | SyncB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519680264 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2023 21:10:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679494 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 06 2023 21:01:00 | TBOM/ATLS/Aspire, 5 Concourse Pkwy, Ste 400, Atlanta, GA 30328-9114 |
| 519679497 | ^ | MEBN | Nov 06 2023 20:52:25 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519679468 | * | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679473 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679474 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679481 | * | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519679498 | *+ | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Nov 06, 2023 | Form ID: 137 | Total Noticed: 53
TOTAL: 4