UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RICHARD S. HOFFMAN, JR. (#RH-9353)
HOFFMAN DiMUZIO
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 803-5800
Attorneys for Debtors

Order Filed on November 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 22-16349 |
| SHARON L. WILSON | Chapter: 13 |
| Debtor | Judge: ABA |

## ORDER AUTHORIZING RETENTION OF

John Ciocco, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: November 15, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ John Ciocco, Esq. _____

as _____ Attorney _____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is: ___Hoffman DiMuzio, PA_____
___412 Swedesboro Road_____
___Mullica Hill, NJ 08062_____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
13 case. Payment to the professional may only be made after satisfactory completion of
services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*