UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 22-16349-ABA |
|---|---|---|
| Sharon Lynn Wilson, | Chapter: | 13 |
| | Hearing Date: | January 10, 2024 |
| Debtor. | Judge: | Andrew B. Altenburg, Jr. |

## ORDER TO SHOW CAUSE

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 11, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Sharon Lynn Wilson*
*Case No.: 22-16349-ABA*
*Order to Show Cause*
Page 2

---

**THIS MATTER** having come before the court by the Certification Regarding Trustee's Findings of Bad Faith (Doc. No. 80); and the court having conducted a hearing on January 10, 2024 with the Debtor's attorney Richard J. Hoffman, Esq. and counsel to the Chapter 13 Trustee appearing; and for good cause shown; it is

**ORDERED** that a plenary in court hearing shall be held April 4, 2024, at 10:00 a.m. in Courtroom 4B, 400 Cooper Street, Camden, New Jersey at which time Richard J. Hoffman, Esq. and/or the firm of Hoffman DiMuzio, PA , shall show cause why sanctions should not be granted in connection with the sale of the property located at 4 Fairmount Drive, Willingboro, New Jersey (the "Property"), including but not limited to, the disgorgement of attorney's fees, and/or any other appropriate relief that is warranted.

**IT IS FURTHER ORDERED THAT** discovery shall be completed by March 1, 2024. The Chapter 13 Trustee shall file his submission by March 15, 2024. Mr. Hoffman shall file a response by March 22, 2024.

**IT IS FURTHER ORDERED THAT** the Debtor must immediately turn over to the Chapter 13 Trustee any and all proceeds from the sale of the Property above and beyond the proceeds she properly exempted with the failure to do so resulting in further action by the Court.