

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 22-16349-ABA |
| | Chapter: 13 |
| Sharon Lynn Wilson, | Hearing Date: January 10, 2024 |
| Debtor. | Judge: Andrew B. Altenburg, Jr. |

# ORDER TO SHOW CAUSE

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 11, 2024**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Sharon Lynn Wilson*
*Case No.: 22-16349-ABA*
*Order to Show Cause*
Page 2

___

**THIS MATTER** having come before the court by the Certification Regarding Trustee's Findings of Bad Faith (Doc. No. 80); and the court having conducted a hearing on January 10, 2024 with the Debtor's attorney Richard J. Hoffman, Esq. and counsel to the Chapter 13 Trustee appearing; and for good cause shown; it is

**ORDERED** that a plenary in court hearing shall be held April 4, 2024, at 10:00 a.m. in Courtroom 4B, 400 Cooper Street, Camden, New Jersey at which time Richard J. Hoffman, Esq. and/or the firm of Hoffman DiMuzio, PA , shall show cause why sanctions should not be granted in connection with the sale of the property located at 4 Fairmount Drive, Willingboro, New Jersey (the "Property"), including but not limited to, the disgorgement of attorney's fees, and/or any other appropriate relief that is warranted.

**IT IS FURTHER ORDERED THAT** discovery shall be completed by March 1, 2024. The Chapter 13 Trustee shall file his submission by March 15, 2024. Mr. Hoffman shall file a response by March 22, 2024.

**IT IS FURTHER ORDERED THAT** the Debtor must immediately turn over to the Chapter 13 Trustee any and all proceeds from the sale of the Property above and beyond the proceeds she properly exempted with the failure to do so resulting in further action by the Court.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16349-ABA |
| Sharon Lynn Wilson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| aty | + | John Ciocco, Hoffman DiMuzio, PA, 412 Swedesboro Road, Mullica Hill, NJ 08062-1816 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| Richard S. Hoffman, Jr. | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 11, 2024 | Form ID: pdf903 | Total Noticed: 2

          on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com
          jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee

          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6