| | |
|---|---|
| **From:** | Richard S. Hoffman |
| **To:** | Chambers_of_ABA |
| **Cc:** | Andrew B. Finberg |
| **Subject:** | Wilson - 22-16349 - Order to Show Cause |
| **Date:** | Thursday, February 29, 2024 9:42:46 AM |

**CAUTION - EXTERNAL:**

Good morning,

There is a pending OTSC in the above-captioned case. Judge Altenburg's order has an end date for Discovery of tomorrow. I have everything in my office to submit to the trustee, however I just have to finalize the package. Last night I tested positive for strep throat, so the head of the firm asked that I not come in and risk getting anyone else sick. Therefore, I will not be able to get the package fully completed until I come in the office on Saturday.

I have spoken with the trustee and Mr. Finberg said he has no objection to allowing the discovery submission to be completed on Monday, March 4, 2024. I have cc'ed Mr. Finberg on this email.

Can you please advise if this is acceptable and if Judge Altenburg would require a consent order to that effect?

Thank you,

Richard S. Hoffman, Jr., Esq.
Hoffman DiMuzio
Bankruptcy Department
(856) 694-3939

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.