UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
**RICHARD S. HOFFMAN, JR. (#RH-9353)**
**HOFFMAN DiMUZIO**
**A Partnership of Professional Corporations**
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 803-5800
Attorneys for Debtors

| In Re: | Case No.: | 22-16349 |
|---|---|---|
| SHARON L. WILSON | Chapter: | 13 |
| Debtor | Judge: | ABA |

## CERTIFICATION OF COUNSEL REGARDING
## WAIVER OF ATTORNEY'S FEES

I, Richard S. Hoffman, Jr., Esq., hereby certify as follow:

1. I am the attorney for the Debtor, Sharon L. Wilson, in the above-referenced matter.

2. This Court held an Order to Show Cause hearing on January 10, 2024 relative to potential findings of bad faith.

3. Per discussions with both my client, Ms. Wilson, and the Chapter 13 Trustee, Mr. Finberg, I have advised that I would like to voluntarily waive my fees that were to be paid through the Chapter 13 Plan of Ms. Wilson.

4. These fees include:

   a) $4,313.00 included in the original plan amount and listed on the Disclosure of Chapter 13 Debtor's Attorney Compensation statement that was part of the petition.

   b) Fee application amount of $2,800.00 and expenses of $398.40.

5. Waiver of these fees is not an admission of guilt, negligence, or any wrongdoing

on behalf of me, Richard S. Hoffman, Jr., the firm of Hoffman DiMuzio, the Debtor, or anyone else involved in this bankruptcy case or the sale of the subject real estate.

6. Waiver of these fees is instead being done in hopes of aiding in a swift resolution to this matter.

7. If amended documentation or a modified plan is required to aid in this waiver, I will gladly submit the same upon request by the court or the Trustee.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  3/14/2024                                      /s/ Richard S. Hoffman, Jr., Esq.
                                                       Richard S. Hoffman, Jr., Esquire
                                                       Attorney for Debtor
                                                       Sharon L. Wilson