| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew B. Finberg, Chapter 13 Standing Trustee<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | |
| In Re:<br>Sharon L. Wilson | Case No.: 22-16349 (ABA)<br>Chapter: 13<br>Hearing Date: 4/3/24 @ 11:00 a.m.<br>Judge: Altenburg, Jr. |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Jennifer Gorchow, Staff Attorney,

   ☒ am the attorney for: Andrew B. Finberg, Chapter 13 Standing Trustee

   ☐ am self-represented

   Phone number: (856) 663-5002

   Email address: jgorchow@standingtrustee.com

2. I request an adjournment of the following hearing:

   Matter: Order to Show Cause re: Plenary in Court Hearing

   Current hearing date and time: 04/03/2024 at 11:00 a.m.

   New date requested: May 15, 2024 at 11:00 a.m.

   Reason for adjournment request: to depose the Debtor, Ms. Wilson, and the Real Estate Attorney, Mr. Ciocco, Esquire.

3.    I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☒ was conducted ☐ was not conducted

4.    Consent to adjournment:  Mr. Hoffman, Esquire, consented by email dated 03/18/2024

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

_____

I certify under penalty of perjury that the foregoing is true.

Date: March 18, 2024            /s/ Jennifer Gorchow, Staff Attorney
                                                                     Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 5/22/24 @ 11 AM           ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____           ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**