UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OFFICE OF THE CHAPTER 13
STANDING TRUSTEE
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on April 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sharon L. Wilson

Case No.: _____22-16349 (ABA)_____

Chapter: _____13_____

Judge: _____Altenburg_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 22, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____ Order Shortening Time _____ for the reduction of time for a hearing on  Mtn to Compel Debtor's Attendance for Deposition and Prohibit Debtor's Attorney  Richard S. Hoffman, Jr., Esq. from Attendance of Deposistion  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ April 30, 2024 _____ at ___ 10 am ___ in the United States Bankruptcy Court, _____ 400 Cooper Street, Camden, NJ 08101 _____, Courtroom No. ___ 4B ___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Debtor, Sharon L. Wilson; and Debtor's Attorney, Richard S. Hoffman, Jr., Esquire 
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Debtor and Debtor's Attorney Richard S. Hoffman, Jr., Esq. 

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

3