*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| IN RE:<br><br>SHARON L. WILSON<br><br>Debtor. | Proceedings in Chapter 13<br><br>Case No.   22-16349 (ABA)<br><br>*CERTIFICATION OF SERVICE* |

1. I, <u>Kelleen E. Stanley</u>:

    ☐ represent the _____ in the above-captioned matter.

    X am the Business Analyst for the Chapter 13 Standing Trustee in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On April 22, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Order Shortening Time; Proposed Order; with Notice of Motion to Compel Debtor's Attendance for Deposition and Prohibit Debtor's Attorney, Richard S. Hoffman, Jr., Esquire, from Attendance of Deposition, Statement as to Why No Brief is Necessary; Certification of Andrew B. Finberg, Esquire, The Chapter 13 Standing Trustee, Proposed Order, and Certification of Service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   April 22, 2024              */s/ Kelleen E. Stanley*_____
                                      Kelleen E. Stanley
                                      Business Analyst

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard S. Hoffman, Jr., Esquire<br>Hoffman Di Muzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062<br><br>Overnight Mail:<br>FedEx Tracking Number:<br>8447 7207 5306 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-mail:<br>rshoffman@hoffmandimuzio.com<br>☐ Notice of Electronic Filing<br>X Other: Overnight Mail<br>X Other: Phone:  (856) 694-3939<br>04/22/2024 at 12:30 p.m. (Secretary)<br>(as authorized by the court*) |
| Sharon L. Wilson<br>37 Rowland Street<br>Palmyra, NJ 08065<br><br>Overnight Mail:<br>FedEx Tracking Number:<br>8447 7207 5328 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-mail:<br>swilson407@yahoo.com<br>☐ Notice of Electronic Filing<br>X Other: Overnight Mail<br>X Other: Phone:  (609) 941-9927<br>04/22/2024 at 12:31 p.m. (Debtor)<br>  (as authorized by the court*) |
| Sharon L. Wilson<br>5105 North Park Drive<br>Apt. S906<br>Pennsauken, NJ 08109<br><br>Overnight Mail:<br>FedEx Tracking Number:<br>8447 7207 5317 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing<br>X Other: Overnight Mail<br>  (as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance if an Order Shortening Time.