| | |
|---|---|
| UNITED STATES BANKRUTPCY COURT<br>DISTRICT OF NEW JERSEY | |
| ***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***<br>Andrew B. Finberg, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | Order Filed on April 30, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHARON L. WILSON | Case No: 22-16349 (ABA)<br><br>Hearing Date: April 30, 2024 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

### ORDER COMPELLING DEBTOR'S ATTENDANCE FOR DEPOSITION AND PROHIBIT DEBTOR'S ATTORNEY, RICHARD S. HOFFMAN, JR., ESQUIRE FROM ATTENDANCE OF DEPOSITION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 30, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page (2)
Debtor: Sharon L. Wilson
Case Number: 22-16349 (ABA)
Order Compelling Debtor's Attendance for Deposition and Prohibit Debtor's Attorney, Richard S. Hoffman, Jr., Esquire, from Attendance of Deposition

---

**THIS MATTER** having been opened to the Court by Andrew B. Finberg, Esquire, the Chapter 13 Standing Trustee, on a Motion to Compel Debtor's Attendance for Deposition and Prohibit Debtor's Attorney, Richard S. Hoffman, Jr., Esquire, from Attendance of Deposition and further certifying that the copies of the Motion and this Order were served upon Debtor and her attorney, and good cause appearing:

**IT IS ORDERED** that the Debtor is compelled to appear for deposition on May 7, 2024 at 9:30 a.m.

> Office of the Chapter 13 Standing Trustee
> Andrew B. Finberg, Esquire
> Cherry Tree Corporate Center
> 535 Route 38, Suite 580
> Cherry Hill, NJ 08002

**IT IS FURTHER ORDERED** that Debtor's Attorney, Richard S. Hoffman, Jr., Esquire, is prohibited from attending the deposition of Debtor, Sharon L. Wilson.