*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| **IN RE:**<br><br>**SHARON L. WILSON**<br><br>Debtor. | Proceedings in Chapter 13<br><br>Case No.  22-16349 (ABA)<br><br>*CERTIFICATION OF SERVICE* |

1. I, <u>Kelleen E. Stanley</u>:

   ☐ represent the _____ in the above-captioned matter.

   X am the Business Analyst for the Chapter 13 Standing Trustee in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 30, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Order Compelling Debtor's Attendance for Deposition and Prohibit Debtor's Attorney, Richard S. Hoffman, Jr., Esquire, from Attendance of Deposition.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  April 30, 2024                              */s/ Kelleen E. Stanley*
                                                                    Kelleen E. Stanley
                                                                    Business Analyst

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard S. Hoffman, Jr., Esquire<br>Hoffman Di Muzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-mail:<br>rshoffman@hoffmandimuzio.com<br>☐ Notice of Electronic Filing<br>☐ Other _____<br>(as authorized by the court*) |
| Sharon L. Wilson<br>37 Rowland Street<br>Palmyra, NJ 08065 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X E-mail:<br>swilson407@yahoo.com<br>☐ Notice of Electronic Filing<br>☐ Other _____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing<br>☐ Other _____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance if an Order Shortening Time.