*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:** | Proceedings in Chapter 13 |
| **SHARON L. WILSON** | Case No.   22-16349 (ABA) |
| Debtor. | *CERTIFICATION OF SERVICE* |

1. I, <u>Kelleen E. Stanley</u>:

    ☐ represent the _____ in the above-captioned matter.

    X am the Business Analyst for the Chapter 13 Standing Trustee in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On May 1, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Order Compelling Debtor's Attendance for Deposition and Prohibit Debtor's Attorney, Richard S. Hoffman, Jr., Esquire from Attendance of Deposition, and Certification of Service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  May 1, 2024                              */s/ Kelleen E. Stanley*
                                                                Kelleen E. Stanley
                                                                Business Analyst

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Richard S. Hoffman, Jr., Esquire<br>Hoffman Di Muzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062 | Debtor's Attorney | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail:<br>☐ Notice of Electronic Filing<br>☐ Other _____<br>(as authorized by the court*) |
| Sharon L. Wilson<br>37 Rowland Street<br>Palmyra, NJ 08065 | Debtor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail:<br>☐ Notice of Electronic Filing<br>☐ Other _____<br>(as authorized by the court*) |
| Sharon L. Wilson<br>5105 North Park Drive<br>Apt. S906<br>Pennsauken, NJ 08109 | | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing<br>☐ Other _____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance if an Order Shortening Time.