| | |
|---|---|
| UNITED STATES BANKRUTPCY COURT<br>DISTRICT OF NEW JERSEY<br><br>***OFFICE OF THE CHAPTER 13***<br>***STANDING TRUSTEE***<br>Andrew B. Finberg, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | <br><br>**Order Filed on April 30, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>SHARON L. WILSON | Case No: 22-16349 (ABA)<br><br>Hearing Date: April 30, 2024 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

### ORDER COMPELLING DEBTOR'S ATTENDANCE FOR DEPOSITION AND PROHIBIT DEBTOR'S ATTORNEY, RICHARD S. HOFFMAN, JR., ESQUIRE FROM ATTENDANCE OF DEPOSITION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 30, 2024**

*[signature]*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page (2)
Debtor: Sharon L. Wilson
Case Number: 22-16349 (ABA)
Order Compelling Debtor's Attendance for Deposition and Prohibit Debtor's Attorney, Richard S. Hoffman, Jr., Esquire, from Attendance of Deposition

_____

**THIS MATTER** having been opened to the Court by Andrew B. Finberg, Esquire, the Chapter 13 Standing Trustee, on a Motion to Compel Debtor's Attendance for Deposition and Prohibit Debtor's Attorney, Richard S. Hoffman, Jr., Esquire, from Attendance of Deposition and further certifying that the copies of the Motion and this Order were served upon Debtor and her attorney, and good cause appearing:

**IT IS ORDERED** that the Debtor is compelled to appear for deposition on May 7, 2024 at 9:30 a.m.

    Office of the Chapter 13 Standing Trustee
    Andrew B. Finberg, Esquire
    Cherry Tree Corporate Center
    535 Route 38, Suite 580
    Cherry Hill, NJ 08002

**IT IS FURTHER ORDERED** that Debtor's Attorney, Richard S. Hoffman, Jr., Esquire, is prohibited from attending the deposition of Debtor, Sharon L. Wilson.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16349-ABA
Sharon Lynn Wilson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Apr 30, 2024     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| aty | + | John Ciocco, Hoffman DiMuzio, PA, 412 Swedesboro Road, Mullica Hill, NJ 08062-1816 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2024 | Form ID: pdf903 | Total Noticed: 2 |

jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6