UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew B. Finberg, Chapter 13 Standing Trustee
Office of the Chapter 13 Standing Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

In Re:
Sharon L. Wilson

Case No.: 22-16349 (ABA)
Adv. No.: _____
Chapter: 13
Hearing Date: 05/22/2024 at 11:00
Judge: Altenburg, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Jennifer Gorchow, Staff Attorney,
   ☒ am the attorney for: Andrew B. Finberg, Chapter 13 Standing Trustee
   ☐ am self-represented

   Phone number: (856) 663-5002

   Email address: jgorchow@standingtrustee.com

2. I request an adjournment of the following hearing:

   Matter: Plenary in Court Hearing Why Sanctions Should Not be Granted

   Current hearing date and time: 05/22/2024 at 11:00 a.m.

   New date requested: 06/19/2024 at 11:00 a.m.

   Reason for adjournment request: To review transcript of deposition held on 05/07/2024

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☒ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: May 8, 2024                                   /s/ Jennifer Gorchow, Staff Attorney
                                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 6/26/24 @ 11 AM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2