| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Andrew B. Finberg, Esquire<br>Chapter 13 Standing Trustee<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977<br>(856) 663-5002<br><br>In Re:<br>      Sharon L. Wilson<br>                        Debtor. | Case No. 22-16349 (ABA)<br><br>Judge: Andrew B. Altenburg<br><br>STIPULATION WAIVING<br>ATTOREY FEES |

A Disclosure of Chapter 13 Debtor's Attorney Compensation was filed with the Court in the above captioned case on August 11, 2022, for the amount of $4,313.00 to be paid through the plan. See Doc. #3.

On November 3, 2023, an Application for Compensation for Richard S. Hoffman, Jr., Esquire was filed with the Court for the amount of $3,198.40 to be paid through the plan. See Doc. #65. On December 14, 2023, the application was granted subject to Trustee's limited objection (OTBS). To date, no Order has been entered by the Court for this Application for Compensation.

On March 14, 2024, Debtor's Attorney, Richard S. Hoffman, Jr., filed a Certification of Counsel Regarding Waiver of Attorney's Fees. This Certification states that Debtor's Attorney "would like to voluntarily waive my fees that were to be paid through the Chapter 13 Plan of Ms. Wilson." See Doc. #87

WHEREAS, that Debtor's attorney, Richard S. Hoffman, Jr., waives attorney fees in the amount of $4,313.00 as listed on the Disclosure of Chapter 13 Debtor's Attorney Compensation.

WHEREAS, that Debtor's Attorney, Richard S. Hoffman, Jr., waives attorney fees in the amount of $3,198.40 as listed in the Application for Compensation filed November 3, 2023.

IT IS STIPULATED that the Trustee and Debtor's Attorney, Richard S. Hoffman, Jr. agree that the attorney fees set forth above are hereby waived.

| | | |
|---|---|---|
| _____ /s/ Richard S. Hoffman, Jr. | May 30, 2024 |
| Richard S. Hoffman, Jr., Esquire | Date |
| Debtor's Attorney | |
| _____ /s/ Andrew B. Finberg | May 30, 2024 |
| Andrew B. Finberg | Date |
| Chapter 13 Standing Trustee | |