| | |
|---|---|
| **From:** | Heather Renye |
| **To:** | afinberg@standingtrustee.com; Richard S. Hoffman; swilson407@yahoo.com |
| **Subject:** | Sharon Lynn Wilson, 22-16349 |
| **Date:** | Tuesday, June 11, 2024 10:36:00 AM |
| **Importance:** | High |

Good morning,

In light of the Trustee's submission, Doc. No. 102, it appears that a plenary hearing is no longer necessary for Monday, June 17, 2024 at 1:00 p.m. but rather this matter can be resolved via a consent order conditioning the continuation of the case. And while the court is distressed about the mistakes that were made, the fact that the mistakes can be remedied without harm to the bankruptcy process and creditors, the court will allow the case to continue provided a consent order is filed and signed by the Trustee, Mr. Hoffman <u>and Ms. Wilson</u>. If that consent order is submitted prior to the hearing on June 17th, no appearance will be necessary. If not, <u>ALL</u> the parties are to appear by Court-Solutions tat 1:00 p.m. on June 17. Mr. Hoffman is directed to provide Ms. Wilson with notice of this court's instruction and ensure she is present on Monday, June 17 should there be a need.

Judge Altenburg


Heather Renye

Courtroom Deputy for the Honorable Andrew B. Altenburg, Jr.

US Bankruptcy Court

401 Market Street

Camden, NJ 08101

856-361-2353