Order Filed on June 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
**RICHARD S. HOFFMAN, JR. (#RH-9353)**
**HOFFMAN DiMUZIO**
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 803-5800
Attorneys for Debtors

| | |
|---|---|
| In Re: | Case No.: 22-16349 |
| SHARON L. WILSON | Chapter: 13 |
| Debtor | Judge: ABA |

## CONSENT ORDER RESOLVING
## ORDER TO SHOW CAUSE AND PLENARY HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 13, 2024**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor: Sharon L. Wilson
Case No: 22-16349/ABA
Caption of Order: <u>Consent Order Resolving Order to Show Cause and Plenary Hearing</u>

 THIS MATTER coming before the Court as an Order to Show Cause entered by Judge Andrew B. Altenburg, Jr. in response to a Certification Regarding Trustee's Findings of Bad Faith filed by Jennifer R. Gorchow, Esq. of the Office of Andrew B. Finberg, Esq., Chapter 13 Standing Trustee, with Sharon L. Wilson, Debtor, and Richard S. Hoffman, Jr., Esq. of Hoffman DiMuzio, PA, attorney for the Debtor, and the parties having conferred and reached an amicable resolution:

 **WHEREFORE** the Chapter 13 Standing Trustee performed extensive review of the transaction at issue in the Order to Show Cause by evaluating document submissions from the Debtor and her attorneys, as well as depositions of the parties involved; and

 **WHEREFORE** the Chapter 13 Standing Trustee having found only evidence of mistake by the parties, and not intention of the parties to deceive or conceal their actions from this Court or the creditors; it is hereby:

 **ORDERED** that the Order to Show Cause shall be marked satisfied and the case shall be allowed to continue; and

 **ORDERED** that the Debtor shall file a Modified Plan within 10 days of the date of this Order, which shall propose to pay 100% of remaining balances due on outstanding claims; and

 **ORDERED** that, if the Debtor fails to make the required plan payments and the case is dismissed, there shall be a 180-day bar to any future filing on behalf of the Debtor; and

 **ORDERED** that, if the case is dismissed for any reason, any remaining unpaid or partially paid claims shall be deemed non-dischargeable in any future bankruptcy filings of the Debtor.

We hereby consent to the form, content and entry of the within Order.

Dated: 6/12/2024

                Sharon L. Wilson
                Debtor

Dated: 6/12/2024

                Richard S. Hoffman, Jr., Esquire
                Attorney for Debtor
                Sharon L. Wilson

Dated: 6/12/2024

                Andrew B. Finberg, Esquire
                Chapter 13 Standing Trustee