Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16349−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon Lynn Wilson
   aka Sharon Lynn Wilson
   37 Rowland Street
   Palmyra, NJ 08065

Social Security No.:
   xxx−xx−9075

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/11/2022 and a confirmation hearing on such Plan has been scheduled for 10/12/2022.

The debtor filed a Modified Plan on 06/13/2024 and a confirmation hearing on the Modified Plan is scheduled for 7/24/2024 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 13, 2024
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-16349-ABA
Sharon Lynn Wilson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Jun 13, 2024      Form ID: 186      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| aty | + | John Ciocco, Hoffman DiMuzio, PA, 412 Swedesboro Road, Mullica Hill, NJ 08062-1816 |
| r | | Ranjeet Kaur, Weicher Realtors - Burlington, Burlington-Mt. Holly Rd., Burlington, NJ 08016 |
| 519679470 | | Fortiva Credit Card, PO Box 1055555, Atlanta, GA 30348 |
| 519679472 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679478 | | Lincoln Heritage Life Insurance Company, PO Box29045, Phoenix, AZ 85038-9045 |
| 519679489 | + | SBS - Central Billing Office, PO Box 4008, Lancaster, PA 17604-4008 |
| 519679488 | | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519679490 | + | Slomin's Inc, 28 Kennedy Blvd, East Brunswick, NJ 08816-1255 |
| 519680264 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679495 | + | Travelers, PO Box 660307, Dallas, TX 75266-0307 |
| 519679499 | | Virtua Health System, 330 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2024 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2024 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519679457 | ^ | MEBN | Jun 13 2024 20:57:59 | Apex Asset Mgmt, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 519679458 | | Email/Text: bk@avant.com | Jun 13 2024 21:10:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519679461 | | Email/Text: cfcbackoffice@contfinco.com | Jun 13 2024 21:09:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808 |
| 519679486 | | Email/Text: cfcbackoffice@contfinco.com | Jun 13 2024 21:09:00 | Reflex, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679496 | | Email/Text: cfcbackoffice@contfinco.com | Jun 13 2024 21:09:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 21:23:21 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519734673 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:22:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 22-16349-ABA   Doc 108   Filed 06/15/24   Entered 06/16/24 00:18:31   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: 186 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 519679462 | | ^ MEBN | Jun 13 2024 20:58:19 | Comenity - J. Jill, PO Box 650965, Dallas, TX 75265-0965 |
| 519679463 | | ^ MEBN | Jun 13 2024 20:58:26 | Comenity - Ultamate Rewards, PO Box 650964, Dallas, TX 75265-0964 |
| 519679464 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 21:23:16 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519679465 | | ^ MEBN | Jun 13 2024 21:00:47 | DSRM National Bank, 7201 Canyon Dr., Amarillo, TX 79110-4339 |
| 519679460 | | Email/Text: BNSFN@capitalsvcs.com | Jun 13 2024 21:08:00 | CCS/First National Bank, 500 E. 60th St N, Sioux Falls, SD 57104 |
| 519679469 | | Email/Text: BNSFS@capitalsvcs.com | Jun 13 2024 21:08:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 519679466 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 13 2024 21:10:00 | Fingerhut Advantage, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519679467 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 13 2024 21:11:59 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679471 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2024 21:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519679475 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 21:23:25 | JTV Preferred Acct/SyncB, PO Box 960061, Orlando, FL 32896-0061 |
| 519679476 | + | Email/Text: sspector@kirschenbaumesq.com | Jun 13 2024 21:09:00 | Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3357 |
| 519679477 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2024 21:07:00 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 519691678 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 21:12:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519704242 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 21:11:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519679479 | | Email/Text: Mercury@ebn.phinsolutions.com | Jun 13 2024 21:08:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 519679480 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 21:11:46 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519703888 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2024 21:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519679482 | | ^ MEBN | Jun 13 2024 21:00:25 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519679483 | | Email/Text: bankruptcy@oportun.com | Jun 13 2024 21:07:00 | Oportun, PO Box 561240, The Colony, TX 75056-9998 |
| 519679484 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2024 21:07:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342 |
| 519734405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 21:12:15 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519679485 | | ^ MEBN | Jun 13 2024 20:58:33 | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519702633 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2024 21:10:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519752757 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2024 21:10:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: 186 | Total Noticed: 53 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 519753678 | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2024 21:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519679487 | ^ MEBN | Jun 13 2024 20:59:23 | Revco Solutions, Inc., PO Box 2589, Columbus, OH 43216-2589 |
| 519734429 | + Email/Text: sspector@kirschenbaumesq.com | Jun 13 2024 21:09:00 | Slomin's, Inc., c/o Kirschenbaum & Kirschenbaum, PC, 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3338 |
| 519679491 | ^ MEBN | Jun 13 2024 21:00:28 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519679492 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 21:12:05 | SyncB/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 519679493 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 21:11:56 | SyncB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519680264 | ^ MEBN | Jun 13 2024 21:01:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679494 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 13 2024 21:07:00 | TBOM/ATLS/Aspire, 5 Concourse Pkwy, Ste 400, Atlanta, GA 30328-9114 |
| 519679497 | ^ MEBN | Jun 13 2024 21:01:00 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519679468 | * | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679473 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679474 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679481 | * | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519679498 | *+ | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519679500 | ## | Windham Professionals, Inc., 384 Main St, Salem, NH 03079-2412 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0312-1 User: admin Page 4 of 4
Date Rcvd: Jun 13, 2024 Form ID: 186 Total Noticed: 53

| | |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6