UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
**RICHARD S. HOFFMAN, JR. (#RH-9353)**
**HOFFMAN DiMUZIO**
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 803-5800
Attorneys for Debtors

Order Filed on June 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 22-16349 |
| SHARON L. WILSON | Chapter: 13 |
| Debtor | Judge: ABA |

## CONSENT ORDER RESOLVING
## ORDER TO SHOW CAUSE AND PLENARY HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 13, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor: Sharon L. Wilson
Case No: 22-16349/ABA
Caption of Order: <u>Consent Order Resolving Order to Show Cause and Plenary Hearing</u>

THIS MATTER coming before the Court as an Order to Show Cause entered by Judge Andrew B. Altenburg, Jr. in response to a Certification Regarding Trustee's Findings of Bad Faith filed by Jennifer R. Gorchow, Esq. of the Office of Andrew B. Finberg, Esq., Chapter 13 Standing Trustee, with Sharon L. Wilson, Debtor, and Richard S. Hoffman, Jr., Esq. of Hoffman DiMuzio, PA, attorney for the Debtor, and the parties having conferred and reached an amicable resolution:

**WHEREFORE** the Chapter 13 Standing Trustee performed extensive review of the transaction at issue in the Order to Show Cause by evaluating document submissions from the Debtor and her attorneys, as well as depositions of the parties involved; and

**WHEREFORE** the Chapter 13 Standing Trustee having found only evidence of mistake by the parties, and not intention of the parties to deceive or conceal their actions from this Court or the creditors; it is hereby:

**ORDERED** that the Order to Show Cause shall be marked satisfied and the case shall be allowed to continue; and

**ORDERED** that the Debtor shall file a Modified Plan within 10 days of the date of this Order, which shall propose to pay 100% of remaining balances due on outstanding claims; and

**ORDERED** that, if the Debtor fails to make the required plan payments and the case is dismissed, there shall be a 180-day bar to any future filing on behalf of the Debtor; and

**ORDERED** that, if the case is dismissed for any reason, any remaining unpaid or partially paid claims shall be deemed non-dischargeable in any future bankruptcy filings of the Debtor.

We hereby consent to the form, content and entry of the within Order.

Dated: 6/12/2024

Sharon L. Wilson
Debtor

Dated: 6/12/2024

Richard S. Hoffman, Jr., Esquire
Attorney for Debtor
Sharon L. Wilson

Dated: 6/12/2024

Andrew B. Finberg, Esquire
Chapter 13 Standing Trustee

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 22-16349-ABA
Sharon Lynn Wilson                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                  Page 1 of 2
Date Rcvd: Jun 13, 2024                     Form ID: pdf903                              Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| aty | + | John Ciocco, Hoffman DiMuzio, PA, 412 Swedesboro Road, Mullica Hill, NJ 08062-1816 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024               Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: pdf903 | Total Noticed: 2 |

jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6