Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−16349−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon Lynn Wilson
   aka Sharon Lynn Wilson
   37 Rowland Street
   Palmyra, NJ 08065

Social Security No.:
   xxx−xx−9075

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 25, 2024.

Dated: July 25, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-16349-ABA

Sharon Lynn Wilson                                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                        Page 1 of 4

Date Rcvd: Jul 25, 2024                       Form ID: plncf13                                    Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| aty | + | John Ciocco, Hoffman DiMuzio, PA, 412 Swedesboro Road, Mullica Hill, NJ 08062-1816 |
| r | | Ranjeet Kaur, Weicher Realtors - Burlington, Burlington-Mt. Holly Rd., Burlington, NJ 08016 |
| 519679470 | | Fortiva Credit Card, PO Box 1055555, Atlanta, GA 30348 |
| 519679472 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679478 | | Lincoln Heritage Life Insurance Company, PO Box29045, Phoenix, AZ 85038-9045 |
| 519679489 | + | SBS - Central Billing Office, PO Box 4008, Lancaster, PA 17604-4008 |
| 519679488 | | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519679490 | + | Slomin's Inc, 28 Kennedy Blvd, East Brunswick, NJ 08816-1255 |
| 519679495 | + | Travelers, PO Box 660307, Dallas, TX 75266-0307 |
| 519679499 | | Virtua Health System, 330 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519679457 | ^ | MEBN | Jul 25 2024 20:29:42 | Apex Asset Mgmt, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 519679458 | | Email/Text: bk@avant.com | Jul 25 2024 20:33:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519679461 | | Email/Text: cfcbackoffice@contfinco.com | Jul 25 2024 20:33:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808 |
| 519679486 | | Email/Text: cfcbackoffice@contfinco.com | Jul 25 2024 20:33:00 | Reflex, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679496 | | Email/Text: cfcbackoffice@contfinco.com | Jul 25 2024 20:33:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 20:44:24 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519734673 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 20:54:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519679462 | ^ | MEBN | | |

District/off: 0312-1                          User: admin                                          Page 2 of 4

Date Rcvd: Jul 25, 2024                       Form ID: plncf13                              Total Noticed: 53

| | | Jul 25 2024 20:30:03 | Comenity - J. Jill, PO Box 650965, Dallas, TX 75265-0965 |
| 519679463 | ^ MEBN | | |
| | | Jul 25 2024 20:29:30 | Comenity - Ultamate Rewards, PO Box 650964, Dallas, TX 75265-0964 |
| 519679464 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 25 2024 20:43:42 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519679465 | ^ MEBN | | |
| | | Jul 25 2024 20:30:20 | DSRM National Bank, 7201 Canyon Dr., Amarillo, TX 79110-4339 |
| 519679460 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Jul 25 2024 20:32:00 | CCS/First National Bank, 500 E. 60th St N, Sioux Falls, SD 57104 |
| 519679469 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Jul 25 2024 20:32:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 519679466 | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Jul 25 2024 20:33:00 | Fingerhut Advantage, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519679467 | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jul 25 2024 20:54:54 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679471 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 25 2024 20:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519679475 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 25 2024 20:54:52 | JTV Preferred Acct/SyncB, PO Box 960061, Orlando, FL 32896-0061 |
| 519679472 | ^ MEBN | | |
| | | Jul 25 2024 20:30:00 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679476 | + Email/Text: sspector@kirschenbaumesq.com | | |
| | | Jul 25 2024 20:33:00 | Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3357 |
| 519679477 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jul 25 2024 20:32:00 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 519691678 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 25 2024 20:43:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519704242 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 25 2024 20:54:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519679482 | Email/Text: ml-ebn@missionlane.com | | |
| | | Jul 25 2024 20:32:00 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519679479 | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Jul 25 2024 20:32:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 519679480 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 25 2024 20:44:09 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519703888 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 25 2024 20:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519679483 | Email/Text: bankruptcy@oportun.com | | |
| | | Jul 25 2024 20:32:00 | Oportun, PO Box 561240, The Colony, TX 75056-9998 |
| 519679484 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 25 2024 20:32:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342 |
| 519734405 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 25 2024 20:54:59 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519679485 | ^ MEBN | | |
| | | Jul 25 2024 20:29:47 | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519702633 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 25 2024 20:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519752757 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 25 2024 20:33:00 | Quantum3 Group LLC as agent for, Sadino |

District/off: 0312-1      User: admin      Page 3 of 4

Date Rcvd: Jul 25, 2024      Form ID: plncf13      Total Noticed: 53

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519753678 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2024 20:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519679487 | ^ | MEBN | Jul 25 2024 20:29:57 | Revco Solutions, Inc., PO Box 2589, Columbus, OH 43216-2589 |
| 519679488 | ^ | MEBN | Jul 25 2024 20:30:29 | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519734429 | + | Email/Text: sspector@kirschenbaumesq.com | Jul 25 2024 20:33:00 | Slomin's, Inc., c/o Kirschenbaum & Kirschenbaum, PC, 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3338 |
| 519679491 | ^ | MEBN | Jul 25 2024 20:30:19 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519679492 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 20:43:10 | SyncB/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 519679493 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 20:44:11 | SyncB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519680264 | ^ | MEBN | Jul 25 2024 20:30:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679494 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 25 2024 20:32:00 | TBOM/ATLS/Aspire, 5 Concourse Pkwy, Ste 400, Atlanta, GA 30328-9114 |
| 519679497 | ^ | MEBN | Jul 25 2024 20:30:38 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519679468 | * | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679473 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679474 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679481 | * | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519679498 | *+ | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519679500 | ## | Windham Professionals, Inc., 384 Main St, Salem, NH 03079-2412 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024      Signature:    /s/Gustava Winters

District/off: 0312-1                                        User: admin                                        Page 4 of 4

Date Rcvd: Jul 25, 2024                                    Form ID: plncf13                                   Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6