Certificate Number: 05781-NJ-DE-039544308

Bankruptcy Case Number: 22-16349



05781-NJ-DE-039544308

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2025</u>, at <u>9:19</u> o'clock <u>AM PDT</u>, <u>Sharon Lynn Wilson</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 11, 2025</u>          By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>