| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Sharon Lynn Wilson<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9075<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    22–16349–ABA | | |

## Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Sharon Lynn Wilson
   aka Sharon Lynn Wilson

6/23/25                                                    **By the court:** Andrew B. Altenburg Jr.
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-16349-ABA
Sharon Lynn Wilson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jun 23, 2025  Form ID: 3180W  Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sharon Lynn Wilson, 37 Rowland Street, Palmyra, NJ 08065-1831 |
| aty | + | John Ciocco, Hoffman DiMuzio, PA, 412 Swedesboro Road, Mullica Hill, NJ 08062-1816 |
| r | | Ranjeet Kaur, Weicher Realtors - Burlington, Burlington-Mt. Holly Rd., Burlington, NJ 08016 |
| 519679470 | | Fortiva Credit Card, PO Box 1055555, Atlanta, GA 30348 |
| 519679476 | + | Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3357 |
| 519679478 | | Lincoln Heritage Life Insurance Company, PO Box29045, Phoenix, AZ 85038-9045 |
| 519679489 | + | SBS - Central Billing Office, PO Box 4008, Lancaster, PA 17604-4008 |
| 519679490 | + | Slomin's Inc, 28 Kennedy Blvd, East Brunswick, NJ 08816-1255 |
| 519734429 | + | Slomin's, Inc., c/o Kirschenbaum & Kirschenbaum, PC, 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3338 |
| 519679495 | + | Travelers, PO Box 660307, Dallas, TX 75266-0307 |
| 519679499 | | Virtua Health System, 330 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519679457 | ^ | MEBN | Jun 23 2025 20:54:08 | Apex Asset Mgmt, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 519679458 | | Email/Text: bk@avant.com | Jun 23 2025 20:59:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519679461 | | Email/Text: cfcbackoffice@contfinco.com | Jun 23 2025 20:58:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, #400, Wilmington, DE 19808 |
| 519679486 | | Email/Text: cfcbackoffice@contfinco.com | Jun 23 2025 20:58:00 | Reflex, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679496 | | Email/Text: cfcbackoffice@contfinco.com | Jun 23 2025 20:58:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 519679459 | + | EDI: CAPITALONE.COM | Jun 24 2025 00:49:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519734673 | | EDI: CITICORP | Jun 24 2025 00:49:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519679462 | | EDI: WFNNB.COM | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519679463 | | EDI: WFNNB.COM | Jun 24 2025 00:49:00 | Comenity - J. Jill, PO Box 650965, Dallas, TX 75265-0965 |
| 519679464 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2025 00:49:00 | Comenity - Ultamate Rewards, PO Box 650964, Dallas, TX 75265-0964 |
| 519679465 | ^ | MEBN | Jun 23 2025 21:03:32 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519679460 | | Email/Text: BNSFN@capitalsvcs.com | Jun 23 2025 20:54:47 | DSRM National Bank, 7201 Canyon Dr., Amarillo, TX 79110-4339 |
| 519679469 | | Email/Text: BNSFS@capitalsvcs.com | Jun 23 2025 20:58:00 | CCS/First National Bank, 500 E. 60th St N, Sioux Falls, SD 57104 |
| 519679466 | | EDI: BLUESTEM | Jun 23 2025 20:58:00 | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 519679467 | | EDI: AMINFOFP.COM | Jun 24 2025 00:49:00 | Fingerhut Advantage, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519679471 | | EDI: IRS.COM | Jun 24 2025 00:49:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679475 | | EDI: SYNC | Jun 24 2025 00:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519679472 | ^ | MEBN | Jun 24 2025 00:49:00 | JTV Preferred Acct/SyncB, PO Box 960061, Orlando, FL 32896-0061 |
| 519679477 | | EDI: CAPITALONE.COM | Jun 23 2025 20:55:21 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519691678 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2025 00:49:00 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 519704242 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2025 21:04:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519679482 | | Email/Text: ml-ebn@missionlane.com | Jun 23 2025 21:03:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519679479 | | Email/Text: Mercury@ebn.phinsolutions.com | Jun 23 2025 20:58:00 | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519679480 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2025 20:58:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 519703888 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2025 21:14:59 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519679483 | | Email/Text: bankruptcy@oportun.com | Jun 23 2025 20:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519679484 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2025 20:58:00 | Oportun, PO Box 561240, The Colony, TX 75056-9998 |
| 519734405 | | EDI: PRA.COM | Jun 23 2025 20:58:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342 |
| 519679485 | ^ | MEBN | Jun 24 2025 00:49:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519702633 | + | EDI: JEFFERSONCAP.COM | Jun 23 2025 20:54:15 | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| | | | Jun 24 2025 00:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519752757 | | EDI: Q3G.COM | Jun 24 2025 00:49:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519753678 | | EDI: Q3G.COM | Jun 24 2025 00:49:00 | Quantum3 Group LLC as agent for, Comenity |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2025 | Form ID: 3180W | Total Noticed: 53 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519679487 | ^ | MEBN | Jun 23 2025 20:54:29 | Revco Solutions, Inc., PO Box 2589, Columbus, OH 43216-2589 |
| 519679488 | ^ | MEBN | Jun 23 2025 20:54:55 | Sage Capital Recovery, 401 Minnetonka Rd, Hi-Nella, NJ 08083-2914 |
| 519679491 | ^ | MEBN | Jun 23 2025 20:54:44 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519679492 | | EDI: SYNC | Jun 24 2025 00:49:00 | SyncB/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 519679493 | + | EDI: SYNC | Jun 24 2025 00:49:00 | SyncB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519680264 | ^ | MEBN | Jun 23 2025 20:54:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519679494 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 23 2025 20:58:00 | TBOM/ATLS/Aspire, 5 Concourse Pkwy, Ste 400, Atlanta, GA 30328-9114 |
| 519679497 | ^ | MEBN | Jun 23 2025 20:54:59 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519679468 | * | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519679473 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679474 | * | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519679481 | * | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519679498 | *+ | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519679500 | ## | Windham Professionals, Inc., 384 Main St, Salem, NH 03079-2412 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 23, 2025 | Form ID: 3180W | Total Noticed: 53 |

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jennifer R. Gorchow
    on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com

Richard S. Hoffman, Jr.
    on behalf of Debtor Sharon Lynn Wilson rshoffman@hoffmandimuzio.com
    jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6